995 F.2d 215
 Boro Developers, Inc.
v.
Strock (Gerald E., Jr.), Sines (Charles A., Jr.), Crow
(Thomas), School District of Hatboro-Horsham, Goas (Thomas
S., R.A.), Erdman (Kenneth L.), Jackard (Richard A., P.E.),
E.I. Associates, Worth & Co., Inc., Knecht, Inc., PMC
Mechanical Contractors, Inc., Armour & Sons Electric, Inc.
 NO. 92-1864
 United States Court of Appeals,
Third Circuit.
 May 12, 1993
 
 Appeal From: E.D.Pa.,
 O'Neill, J.
 
 
 1
 AFFIRMED.